**Joe Catello, appellee, v. Chicago, Burlington & Quincy Railroad Company, appellant.**

Action to recover damages resulting from erection of coal chute near plaintiff's premises. Judgment for plaintiff. Appeal from the Circuit Court of Franklin county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court at the October term, 1919. Reversed with finding of fact. Opinion filed April 10, 1920. Eagleton, J., took no part in the consideration or decision of this case.

Hart & Hart, for appellant. Robert E. Hickman and Layman & Johnson, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

---

**Mary E. Charless, plaintiff in error, v. C. W. Terry et al., defendants in error.**

Suit to foreclose real estate mortgage and for accounting. Decree for complainant in part and for respondents in part. Error to the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1920. Reversed ·and remanded with directions. Opinion filed April 10, 1920.

J. V. E. Marsh and Springer & Buckley, for plaintiff in error. C. E. Gueltig, for defendant in error C. W. Terry. D. H. Mudge, for defendant in error C. H. Burton.

Mr. Justice Eagleton delivered the opinion of the court.

---

**Louis F. Busekrus and Anna .Busekrus, defendants in error, v. Consolidated Oil Refining Company and A. Swaton, plaintiffs in error.**

Suit to enjoin nuisance consisting of oil plant near plaintiffs' residence. Decree for complainants. Error to the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1919. Reversed. Opinion filed April 10, 1920. Higbee, J., dissenting.

Thomas L. Fekete, Jr., Thomas B. Harlan and Kramer, Kramer & Campbell, for plaintiffs in error. Dan McGlynn, for defendants in error.

Mr. Justice Eagleton delivered the opinion of the court.